### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### WILSON DIVISION

IN THE MATTER OF**:** **KAREN VONZEAL PETERSON**          CASE NO**:  05-05868-8-SWH**

### REPORT ON UNCLAIMED DIVIDENDS

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1. That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
|---|---|---|
| **CITIFINANCIAL**<br>**4251 RAMSEY STREET**<br>**FAYETTEVILLE, NC 28311-2130** | **$313.37** | 2/4/10 |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. 347.

**June 23, 2010**                    /s/ Trawick H. Stubbs, Jr.
                         **TRAWICK H. STUBBS, JR.**
                         **CHAPTER 13 TRUSTEE**
                         **P. O. BOX 1618**
                         **NEW BERN, NC  28563**
                         **(252) 633-0074**